**Motion Granted; Appeal Reinstated and Dismissed; Memorandum Opinion filed August 27, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00597-CV

---

### SACKS WESTON LLC; SACKS & WESTON P.C.; AMDREWS B. SACKS; JOHN K. WESTON; SCOTT E. DIAMOND; AND DIAMOND LAW P.C., Appellants

### V.

### VIRAGE SPV I LLC, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2023-19385**

---

### MEMORANDUM OPINION

This is an appeal from an order signed August 18, 2023. On September 14, 2023, this court abated the appeal because appellant, John K. Weston, filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Court for the Eastern District of Pennsylvania. *See* Tex. R. App. P. 8.1.

On August 12, 2024, appellants filed a motion to dismiss the appeal. *See*

Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.